UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kristen Bell v. Bayer Corporation, et al.* | No. 10-cv-20154-DRH |
| *Jana Belliston v. Bayer Corporation, et al.* | No. 10-cv-12808-DRH |
| *Joy Brown v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10607-DRH |
| *Debra Casali v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20008-DRH |
| *Lisa Cronin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10411-DRH |
| *Laura Gray v. Bayer Corporation, et al.* | No. 09-cv-20153-DRH |
| *Latoya Hawkins v. Bayer Corporation, et al.* | No. 10-cv-11796-DRH |
| *Kimberly Varnal v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10410-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 9, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY: /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** July 9, 2014

Digitally signed by David R. Herndon
Date: 2014.07.09 12:29:08 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT